**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 17 2025

United States District Court for the District of SDNY

File Number 25-cv-4505

Lucio Celli                                     )
       *Plaintiff,*                        )
  v.                                            )      Notice of Appeal

Lehrburger et al                            )
                                                )
       *Defendant*.                       )

Notice is hereby given that Lucio Celli  name all parties taking the appeal), (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2d Cir Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 4th, 9th, day of Sept, 2025.

           /s/
           Lucio Celli

           Attorney for NA
           Address: _____

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants

CLOSED,APPEAL,ECF,PRO−SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25−cv−04505−AS

Celli v. Lehrburger et al  
Assigned to: Judge Arun Subramanian  
Cause: 28:1331cv Fed. Question: Other Civil Rights

Date Filed: 05/27/2025  
Date Terminated: 07/25/2025  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

Lucio Celli            represented by   Lucio Celli  
89 Widmer Road  
Wappingers Falls, NY 12590  
(929) 429−0155  
PRO SE

V.

**Defendant**

**Judge Lehrburger**

**Defendant**

**New York City**  
*NYC DOE, TRS, EEOC*

**Defendant**

**Mulgrew**  
*Union Federation of Teachers*

**Defendant**

**Randi Weingarten**  
*American Federal of Teachers, EEOC*

**Defendant**

**Judge Engelmayer**  
*not being served b/c of immunity*

**Defendant**

**Clerk Wolfe**  
*not being served b/c of immunity*

**Defendant**

**Chief Judge Livingston**  
*not being served b/c of immunity*

**Defendant**

**Judge Cogan**  
*is being served, but before Nov. 13, 2018, he has judicial immunity and on Nov. 14 until today, Cogan does not have judicial immunity under Sparkman because he did not perform any judicial actions, so only allegation since Nov. 14, 2018, to him*

**Defendant**

**Ben Silverman**
*conspiracy with a Judge Cogan and Randi Weingarten is a cause of action because he admitted to conspiring with them to deprive me of every single right and obstruct justice (like missing motions) and abuse of process/Federal process*

**Defendant**

**Susan Kellman**
*conspiracy with a judge is cause of action against her and not Engelmayer), Pres Trump for intervention against Randi Weingarten and Sen Schumer and John or Jane DOE is a place holder for anyone that I forgot to include under FRCP 19*

**Defendant**

**Pres. Trump**
*against Weingarten & Schumer, as that continue to conceal their crim. conduct for depriving of every single right known to a fair trial & civil cases because Weingarten has gone out of her way to steal 400k & does not anyone to correct her crim. conduct*

**Defendant**

**Santana**
*stole 20k to help conceal Engelmayer's and Weingarten's criminal conduct*

**Defendant**

**DOJ**
*(BOP/US Marshals) and intervention against Weingarten and Schumer, as that continue to conceal their criminal conduct for depriving of every single right known to a fair trial*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2025 | 1 | COMPLAINT against Cogan, DOJ, Engelmayer, Susan Kellman, Lehrburger, Livingston, Mulgrew, New York City, Santana, Ben Silverman, Trump, Randi Weingarten, Wolfe. Document filed by Lucio Celli. (sac) (Entered: 05/30/2025) |
| 05/27/2025 | | Case Designated ECF. (sac) (Entered: 05/30/2025) |
| 05/30/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 05/30/2025) |
| 05/30/2025 | 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in |

| | | |
|---|---|---|
| | | their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (sac) (Entered: 05/30/2025) |
| 06/02/2025 | | MAILING RECEIPT: Document No: 2. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kma) (Entered: 06/02/2025) |
| 06/04/2025 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 06/04/2025) |
| 06/06/2025 | 3 | LETTER addressed to Judge Laura Taylor Swain from Lucio Celli dated 6/6/2025 re: Will pay for fee on June 20, 2025, and I will file a request for a hearing for Supervisor "Nick and Pro Se Office" misconduct in all of my filings. Document filed by Lucio Celli. (jjc) (Entered: 06/10/2025) |
| 06/11/2025 | 4 | LETTER addressed to Judge Laura Taylor Swain from Lucio Celli dated 6/6/2025 re: Please provide me until June 20, 2025, to pay the fee. There needs to be a review of all dockets. I need to fix−−−Lehrburger to service for All Writ and he has judicial immunity. Document filed by Lucio Celli. (tp) (Entered: 06/13/2025) |
| 06/13/2025 | 5 | ORDER re: 3 Letter, filed by Lucio Celli. Plaintiff Lucio Celli, who is proceeding pro se, submitted a complaint in this action by email. In a letter dated June 6, 2025, Plaintiff asked the Court to permit him to pay the fees by June 20, 2025. Plaintiff's request is granted. Summonses shall not issue until the fees are paid. If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Laura Taylor Swain on 6/13/2025) (ar) (Entered: 06/13/2025) |
| 06/16/2025 | 6 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION: Plaintiff is directed to render payment of the filing fee or submit an IFP application to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Filing Fee due by 7/16/2025. In Forma Pauperis (IFP) Application due by 7/16/2025. (Signed by Judge Laura Taylor Swain on 6/16/2025) (sac) (Entered: 06/16/2025) |
| 06/16/2025 | | MAILING RECEIPT: Document No: 5−6. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 06/16/2025) |
| 06/17/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kma) (Entered: 06/17/2025) |
| 06/18/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kma) (Entered: 06/18/2025) |

| | | |
|---|---|---|
| 06/20/2025 | | Pro Se Payment of Fee Processed: Cash processed by the Finance Department on 6/20/2025, Receipt Number 957. (sj) (Entered: 06/20/2025) |
| 06/23/2025 | 7 | SUMMONS IN A CIVIL ACTION as to DOJ, Susan Kellman, Mulgrew, New York City, Santana, Ben Silverman, Trump, Randi Weingarten. (jca) (Entered: 06/23/2025) |
| 06/24/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Arun Subramanian. Judge Laura Taylor Swain is no longer assigned to the case. (vba) (Entered: 06/24/2025) |
| 06/24/2025 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vba) (Entered: 06/24/2025) |
| 06/26/2025 | 8 | PLAINTIFF SUFFERED INJURY TO BUSINESS AND PROPERTY. Document filed by Lucio Celli. (jjc) (Entered: 06/27/2025) |
| 06/26/2025 | 10 | LETTER from Lucio Celli dated 1/22/2025 re: to be treated fairly and on par with Randi Wiengarten and the UFT. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/27/2025 | 9 | MOTION FOR SANCTIONS AND CRIMINAL REFERRAL FOR FRAUD, EMBEZZLEMENT, OBSTRUCTION, AND RACKETEERING CONDUCT OF THE UFT AND RANDI WEINGARTEN. Document filed by Lucio Celli.(jca) (Entered: 06/27/2025) |
| 06/28/2025 | 11 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/28/2025 re: Retaliatory Sanctions by the Doe and UFT and Denial of Remedy in Coordination with Randi Weingarten and UFTas there is evidence that the NYC has and as doe DOJ. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 12 | LETTER from Lucio Celli dated 6/28/2025 re: Howard Friedmans aide admitted that Randi Weingarten and the UFT were harassing and this is what Engelmatyer helped to cover up. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 13 | LETTER from Lucio Celli dated 6/28/2025 re: Attached are letters to Pres Trump and other government agencies to terminate federal funds as they were are away of and have admitted to Randi Weingarten and UFTs to retaliation and mental harassment towards me with Lehrburger CRIMINALLY helping Randi Wiengarten and the UFT. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 14 | MOTION FOR EVIDENTIARY HEARING ON EMPLOYER ADMISSION OF UNION HARASSMENT. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 15 | PLAINTIFF'S MOTION FOR AN EVIDENTIARY HEARING. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/28/2025 | 16 | MOTION FOR SANCTIONS, INVESTIGATORY HEARING, AND RELIEF UNDER FRCP 11, 26, 37, AND 60 BASED ON THE CITY'S KNOWLEDGE AND FAILURE TO INTERVENE IN CRIMINAL CONDUCT AND WAGE THEFT. Document filed by Lucio Celli. (jjc) Modified on 7/1/2025 (jjc). (Entered: 07/01/2025) |
| 06/28/2025 | 17 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE CITY OF NEW YORK FOR AIDING AND ABETTING RACKETEERING ACTIVITY INVOLVING THE UFT AND RANDI WEINGARTEN. Document filed by Lucio Celli. (jjc) Modified on 7/1/2025 (jjc). (Entered: 07/01/2025) |
| 06/28/2025 | 18 | PLAINTIFF'S MOTION TO AMEND OR MAKE ADDITIONAL FINDINGS OF FACT UNDER FEDERAL RULE OF CIVIL PROCEDURE 52(b). Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/28/2025 | 19 | PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SANCTIONS REQUEST AND FOR SANCTIONS UNDER RULE 11(c), RULE 26(g), AND THE COURT'S INHERENT AUTHORITY. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |

| | | |
|---|---|---|
| 06/28/2025 | 20 | NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11(c), 26(g), AND THE COURT'S INHERENT AUTHORITY. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/29/2025 | 26 | LETTER from Lucio Celli re: I request email notification by Mr. Frank has never sent me anything that he posted in 25−cv−2031 and I request the same for 25−cv−4505. Document filed by Lucio Celli.(rro) (Entered: 07/02/2025) |
| 06/29/2025 | 27 | PLAINTIFF'S MOTION TO SERVE THE U.S. DEPARTMENT OF JUSTICE, THE WHITE HOUSE, AND PRESIDENT DONALD J. TRUMP VIA CERTIFIED MAIL. Document filed by Lucio Celli. (rro) (Entered: 07/02/2025) |
| 06/29/2025 | 28 | MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (Attachments: # 1 Exhibit Exhibit 1, # 2 Errata Exhibit 2)(rro) (Entered: 07/02/2025) |
| 07/01/2025 | 21 | MOTION FOR JUDICIAL NOTICE OF MATERIAL FACTS REGARDING JUDICIAL OBSTRUCTION AND SUPPRESSION OF EVIDENCE BY JUDGES ENGELMAYER AND LEHRBURGER. Document filed by Lucio Celli. (jca) (Entered: 07/01/2025) |
| 07/01/2025 | 22 | MOTION TO AMEND MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SANCTIONS AND FOR AN EVIDENTIARY HEARING. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 23 | PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11, 37(b), AND THE COURT'S INHERENT POWERS FOR CONCEALMENT OF EVIDENCE OF CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 24 | NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(c) AND 37(b)−Lehrburger concealing evidence from BOP of Silverman and Randi Weingarten intimating my mother. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 25 | MOTION UNDER FRCP 52(b), 60(b)(6), AND 11 FOR SANCTIONS AND RELIEF FROM MAGISTRATE JUDGE LEHRBURGER'S FINDINGS AND LEHRBURGER's OBSTRUCTION ALSO COUNTS as a predicate act for the UFT and Randi Weingarten. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 32 | NOTICE OF MOTION, AFFIRMATION, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS, RECORD CORRECTION, AND CRIME−FRAUD RELIEF PURSUANT TO PENAL LAW § 175.20 AND JUDICIARY LAW § 487. Document filed by Lucio Celli. (yv) (Entered: 07/07/2025) |
| 07/01/2025 | 33 | MOTION TO STRIKE DOE'S PLEADINGS with Sanction request AND FOR SANCTIONS UNDER FEDERAL LAW FOR EVIDENCE CONCEALMENT, RICO VIOLATIONS, OBSTRUCTION, AND CRIME−FRAUD SCHEME. Document filed by Lucio Celli.(yv) (Entered: 07/07/2025) |
| 07/01/2025 | 34 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND DECLARATION OF FEDERAL EXCLUSIVE JURISDICTION OVER PROCEEDINGS ARISING FROM JUDGE ENGELMAYER'S AUGUST 9, 2023 ORDER. Document filed by Lucio Celli. (mml) (Entered: 07/08/2025) |
| 07/01/2025 | 35 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE UNDER FEDERAL RULE OF EVIDENCE 201. Document filed by Lucio Celli. (mml) (Entered: 07/08/2025) |
| 07/02/2025 | 29 | MOTION FOR SANCTIONS, EVIDENTIARY HEARING, AND ENFORCEMENT OF 18 U.S.C. § 1581, AND RELATED CONSTITUTIONAL VIOLATIONS ARISING FROM ILLEGAL DETENTION TO ENFORCE WAGE THEFT AND OBSTRUCT JUDICIAL ORDERSpart of fabricated probation violation and civil RICO. Document filed by Lucio Celli. (jca) (Entered: 07/02/2025) |
| 07/02/2025 | 30 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE UNITED FEDERATION OF TEACHERS AND THE NEW YORK CITY DEPARTMENT OF EDUCATION. Document filed by Lucio Celli. (jca) (Entered: 07/02/2025) |
| 07/02/2025 | 31 | NOTICE OF MOTION AND AFFIRMATION IN SUPPORT OF MOTION TO STRIKE PRIVILEGE, COMPEL DISCLOSURE, AND SANCTION DEFENDANTS |

| | | |
|---|---|---|
| | | FOR FRAUD ON THE TRIBUNAL UNDER THE CRIME– FRAUD EXCEPTION AND PENAL LAW §§ 215.00 ET SEQ. Document filed by Lucio Celli. (jca) (Entered: 07/02/2025) |
| 07/09/2025 | 36 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated July 3, 2025 re: When I amend–if Your Honor does not dismiss this for Schumer and Randi–I have to add the current situation of Employers health insurance and its future cost. Document filed by Lucio Celli.(jca) (Entered: 07/09/2025) |
| 07/10/2025 | 37 | LETTER addressed to Pres Trump, AG Bondi, FBI, Congress and Rep Green with Your Honors from Lucio Celli dated July 11, 2025 re: Notice. Document filed by Lucio Celli. (ar) (Entered: 07/14/2025) |
| 07/10/2025 | 38 | MOTION FOR Pres Trump to intervene as Engelmayers orders are part of his duties and it is part of the reason Engelmayer needs to be impeached because of his misuse of his office for political reasons of Schumer and Randi Weingarten. Document filed by Lucio Celli.(ar) (Entered: 07/14/2025) |
| 07/10/2025 | 39 | MOTION FOR WRIT OF MANDAMUS. Document filed by Lucio Celli. (tg) (Entered: 07/14/2025) |
| 07/11/2025 | 40 | MOTION FOR Pres Trump to intervene as Engelmayer's orders are part of his duties and it is part of the reason Engelmayer needs to be impeached because of his misuse of his office for political reasons of Schumer and Randi Weingarten. Document filed by Lucio Celli.(yv) (Entered: 07/14/2025) |
| 07/13/2025 | 41 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Ms. Kopplin of US Ethics Committee, ethical complaint against Sen. Schumer and Sen. Gillibrand for helping Randi Wiengarten, the UFT, the NYC and Judge Engelmayer steal wages owed to me and preventing the testimony of Ms. Petterson and others to establish this fact for the record or call Friedmans aide or the emails he mentioned–under 18 USC § 245. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 42 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ASSISTANT UNITED STATES ATTORNEYS FOR CONCEALING MATERIAL FILINGS, WAGE THEFT, AND FACILITATING FRAUD ON THE COURT. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 43 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Price and I have the same Supervisor and both held without bail, but our supervisor gave Price her retro and knew about the bail and deprived me of my retro money because of the bail. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 44 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Lehrburger prevented Dubeck and Strauber from testifying about pension theft and lied about pension theft to help Livingston and Engelmayernow I inform the Court that Hon. Gleason was on the emails to Strauber with the evidence from the UFT and NYC TRS. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 45 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Wolfe continue to obstruct justice by blocking my filings at the 2d Cir. and Livingston has not answered my letter for N95 form for Probation's misconduct. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 46 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Senate Ethics Committee, please have Ms. Kopplin remind Chef Judge Livingston that she was on the cc'ed that Livingston, Brown of the UFT and NYC Law Deptas Brown, and Franks with Lehrburger made material misrepresentation of facts about Engelmayer's order, Judge Frank's order, & Art. Taylor's decision because they are ALL based on what occurred before Judge Engelmayer with 400 judges (w/ Brown and Law Dept) were sent audios of Probation and my lawyers. Document filed by Lucio Celli..(jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 47 | LETTER MOTION to Compel addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025. Document filed by Lucio Celli. (jjc) (Entered: 07/16/2025) |

| | | |
|---|---|---|
| 07/23/2025 | 48 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: Doc Nos. from 40 through 47 are Motion or Letters to Judge Subramanian and not Judge Cronan with Pres Trump and AG Bondi are only being served in their official capacity, so no need to rule on my request. Document filed by Lucio Celli. (jca) (Entered: 07/23/2025) |
| 07/25/2025 | 49 | ORDER OF DISMISSAL AND TO SHOW CAUSE UNDER 28 U.S.C. § 1651: Accordingly, Celli's suit is dismissed. Within thirty days of this order, Celli is hereby ordered to show cause by declaration why the Court should not ban Celli from filing any case in the Southern District concerning his termination from the DOE or the consequences of his termination without first obtaining leave of court. See 28 U.S.C. §1651(a); In re Martin–Trigona, 737 F.2d 1254, 1261 (2d Cir. 1984) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions."); see also Moates v. Barkley, 147 F.3d 207, 208 (2d Cir. 1998) (per curiam) ("The unequivocal rule in this circuit is that the district court may not impose a filing injunction on a litigant sua sponte without providing the litigant with notice and an opportunity to be heard."); Woodhouse v. Meta Platforms Inc., 704 F. Supp. 3d 502, 517 (S.D.N.Y. 2023) ("[T]he normal opportunity to initiate lawsuits may be limited once a litigant has demonstrated a clear pattern of abusing the litigation process by filing vexatious and frivolous complaints." (citation omitted)). The Clerk of Court is directed to terminate Dkts. 9, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 33, 34, 35, 38, 39, 40, and 47. SO ORDERED. (Signed by Judge Arun Subramanian on 7/25/2025) (sgz) (Entered: 07/25/2025) |
| 07/25/2025 | 50 | MOTION UNDER RULE 60(d)(3) FOR RELIEF FROM JUDGMENT BASED ON FRAUD ON THE COURT, POLITICAL MISUSE OF OFFICE–Schumer & Weingarten, AND SUPPRESSION OF EVIDENCE RELATED TO RETALIATION, WAGE THEFT, Criminal interference by Schumer & Randi AND FEDERAL CIVIL RIGHTS VIOLATIONS. Document filed by Lucio Celli. (jjc) (Entered: 07/28/2025) |
| 07/25/2025 | 51 | JUDICIAL MISCONDUCT COMPLAINT. Document filed by Lucio Celli. (jjc) (Entered: 07/28/2025) |
| 07/25/2025 | 52 | JUDICIAL MISCONDUCT COMPLAINT. Document filed by Lucio Celli. (jjc) (Entered: 07/28/2025) |
| 07/25/2025 | 54 | LETTER from Lucio Celli dated 7/22/2025 re: Letter to Hon. Conrad with Rep Crane: He was made aware of what and how Schumer's Judicial Cartel helped Randi Weingarten in federal court and where there is evidence to support what I told 80 AUSAs –like Cronan– with where to find some of the evidence–Randi Wiengarten, Judge Cogan, and Judge Engelmayer committed crimes under 18 USC § 241 with each judge ignoring facts help Randis criminal conduct under 18 USC § 371. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 56 | LETTER from Lucio Celli dated 7/22/2025 re: Letter to Hon. Conrad with Rep Crane: Conrad has ignored the fact that Engelmayer and Randi Weingarten fabricated violation of probation as retaliation with evidence that Kopplin has and now Schumer judges are concealing this with Livingston being the lead. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 57 | PLAINTIFF'S MOTION FOR FACTUAL FINDINGS AND RECONSIDERATION PURSUANT TO FRCP 52(b), 59(e), AND 60(b)(1)(6). Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 58 | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FRCP 52(b), 59(e), AND 60(b) (ON THE ISSUE OF HIV MEDICATION DEPRIVATION AND MISCHARACTERIZATION AS "FRIVOLOUS") re: 57 MOTION for Reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 59 | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FRCP 52(b), 59(e), AND 60(b) (ON THE ISSUE OF JUDICIAL MISCONDUCT TO PREVENT ENFORCEMENT OF A PRIOR ORDER) re: 57 MOTION for Reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |

| | | |
|---|---|---|
| 07/25/2025 | 60 | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FRCP 52(b), 59(e), AND 60(b) (RE: WAGE AND PENSION THEFT MISCHARACTERIZED AS "FRIVOLOUS") re: 57 MOTION for Reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 61 | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FRCP 52(b), 59(e), AND 60(b) (RE: WAGE AND PENSION THEFT MISCHARACTERIZED AS "FRIVOLOUS" for Randi Weingarten and Schumer, who recommended Your Honor re: 57 MOTION for Reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 62 | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FRCP 52(b), 59(e), AND 60(b) re: 57 MOTION for Reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/25/2025 | 63 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I can promise Engelmayer's impeachment requesters that I can prove political misconduct by Engelmayer and all other Schumer or Gillibrand judge–as there is HARD evidence of Randi Weingarten's and Judge Cogan crimes before Engelmayer–I will not receive any justice in the 2d Cir because it has been preplanned since May 2024, but I would be VERY happy with a televised playing and showing of my evidence. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 53 | MOTION TO REQUEST INTERJUDICIAL CONFERENCE. Document filed by Lucio Celli.(yv) (Entered: 07/30/2025) |
| 07/26/2025 | 64 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subranmain wants to sanction me for attempting to correct the criminal injustice by Weingarten and Engelmayer with the help of Schumer–I am a right to a fair trial, I have a right to wages earned, I have the rights to pension, and I have the right to show how Subranmain is committing a crime for Randi under 18 USC § 371, as Livingston has some of the evidence mentioned to DA Dubeck or Peterson. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 65 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subranmain, Rearden, Donnelly, Gujarati, Aaron, Lehrburger, Sebiel, Taylor–Swain, Wolfe, and Livingston have misused their office for political misuse for Randi Weingarten to conceal her interference with my lawyer, Silverman, retaliate by stealing wages from me and for Randi and aided Randi and Engelmayer conceal what they did to me for the past 6 years–reason I now approach Engelmayer's impeachment requesters to present evidence of what is being conceal by Schumer/Gillibrand. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 66 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I want Engelmayer's impeachment requesters to know what is being ignored or distorted are crimes under 18 USC § 371 when Cronan was an AUSA and he was one of the AUSAs who said if those are the facts, then a crime was committed...I need to go back to make sure if there if there is anything about evidence because you could some of it from Kopplin. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 67 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I am submitting the audio of Cudina's admission of Livingston's and Engelmayer's interference of preventing Engelmayer's orders from being enforced, her admission of Engelmayer violated me the 2nd time, and her admission of retaliation of HIV as a lesson for telling because I wanted to enforce Engelmayer's order, as Subramanian wrote an opinion that my evidence of judicial misconduct is frivolous, denial of HIV meds is frivolous, wage and pension theft are frivolous. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 68 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subramain did not review my document because Schumer is mentioned in it and Cudina's admission, Kellman's, Santana's, and Silverman's admission are all mentioned but only some of Cudina's statement deal with my termination and some of Sanatna's too–the others deal with Engelmayer's and Randi's criminal conduct under 18 USC § 371–another judge commits a crime for Randi.. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |

| | | |
|---|---|---|
| 07/26/2025 | 69 | JUDICIAL MISCONDUCT COMPLAINT. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 70 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/22/2025 re: Your Honor committed misconduct as the ADMISSION of RETALIATION BY Cudina of Chief Judge Livingston's motive to cause preplanned decision to protect Randi and retaliate against me because of Schumer/Randi –I am PROVE THE admission by Cudina and relates to YOUR CRIMINAL under 18 USC § 371 her–facts that Rearden, Lehrburger, and Aaron ignored, and mostly likely Cronan will because NOTHING has to do with post termination but EVERYTHING to with Livingston's, Engelmayer's and Randi's criminal of depriving me EVERY right to fair trial –you ashamed to ignore pure evidence of CRIMINAL by Engelmayer and Randi Weingarten –because bribed you 10k like Judge Marrero–Schumer judge yourself. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 71 | MOTION UNDER RULE 60(d)(3) FOR RELIEF FROM JUDGMENT BASED ON FRAUD ON THE COURT, POLITICAL MISUSE OF OFFICE. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 72 | PETITION FOR WRIT OF MANDAMUS TO ENFORCE JUDICIAL ORDER ISSUED UNDER PRESIDENT TRUMP. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/28/2025 | | MAILING RECEIPT: Document No: 49. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (tro) (Entered: 07/28/2025) |
| 07/28/2025 | 73 | MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(e) AND/OR RULE 60(b). Document filed by Lucio Celli.(rro) (Entered: 07/31/2025) |
| 07/28/2025 | 74 | LETTER addressed to Judge John P. Cronan, City Council, Ms. Kopplin with Congress, Pres. Trump, and AG Bondi from Lucio Celli dated 6/11/2025 re: City Council's Obligations under the Charter of NYC which are violation under Monell, ADA, 504, and ACA. Document filed by Lucio Celli. (mml) (Entered: 08/01/2025) |
| 07/28/2025 | 75 | LETTER addressed to Judge Arun Subramanian and Hon. Conrad from Lucio Celli dated 6/11/2025 re: Your Honor did not address how Lehrburger and the pro se office criminally attempted to impede the enforcement of Engelmayers order or Cudinas admission of Livingston/Engelmayer making sure that it would not be enforced. Document filed by Lucio Celli. (mml) (Entered: 08/01/2025) |
| 07/28/2025 | 76 | LETTER addressed to Judge Arun Subramanian and Hon. Conrad from Lucio Celli dated 6/11/2025 re: Your Honor did not address how Engelmayer criminally helped Randi Weingarten or false documents submitted with evidence to SUPPORT my allegations. Document filed by Lucio Celli. (mml) (Entered: 08/01/2025) |
| 07/28/2025 | 77 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/22/2025 re: I am clueless as what Your Honor sees as frivolous when I can prove the UFT, the DOE, Engelmayer and Randi Weingarten fabricated an arbitration decision. Document filed by Lucio Celli. (mml) (Entered: 08/01/2025) |
| 07/28/2025 | 78 | MOTION to Disqualify Judge. Document filed by Lucio Celli. (vfr) (Entered: 08/01/2025) |
| 07/28/2025 | 79 | NOTICE FOR THE COURT, CHIEF JUDGE LIVINGSTON HAS EVIDENCE OF UFT AND DOE LYING ABOUT ACCIDENTAL DISABILITY PENSION AND THIS COURT IS IGNORING.(vfr) (Entered: 08/01/2025) |
| 07/28/2025 | 80 | NOTICE OF MOTION FOR LIMITED DISCOVERY TO DEVELOP CLAIMS OF JUDICIAL BIAS AND PROCEDURAL MISCONDUCT PURSUANT TO BRACY v. GRAMLEY, 520 U.S. 899 (1997). Document filed by Lucio Celli. (vfr) (Entered: 08/01/2025) |
| 07/28/2025 | 81 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Mention of emails but not audios. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 82 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Failure to address allegations in emails. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |

| | | |
|---|---|---|
| 07/28/2025 | 83 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 6/11/2025 re: Case distorted by R&R. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 84 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Hon. Gleason not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 85 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Randi's interference not addressed. Document filed by Lucio Celli.(ar) (Entered: 08/01/2025) |
| 07/28/2025 | 86 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Sen. Schumer recommendations not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 87 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Judge Livingston issue not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 88 | LETTER addressed to Judge Arun Subramanian, Judicial Conference, OSC, Rep Green, Pres. Trump, AG Bondi, and Congress from Lucio Celli re: It does not matter to Judge Cronan because if he truly did a review, he would have seen that I have pleaded this more than once. Document filed by Lucio Celli. (mml) (Entered: 08/01/2025) |
| 07/30/2025 | 55 | LETTER from Lucio Celli dated 7/22/2025 re: Letter to Hon. Conrad with Rep Crane: I request to come and play audios that would prove criminal conduct of Randi Weingarten, Cogan, and Engelmayer–so that Schumer's and Gillibrand's judges can be held accountable for misuse of their office for Schumer and Weingarten––as Conrad was told about who has the evidence and my request to meet with his investigators to further prove my allegation and how they helping Randi and the UFT with wage and pension theft or concealing evidence of Randi's interference in my caselike Silverman or not enforcing Engelmayer's order to help conceal Randi's and Engelmayer's criminal conduct, as I believe it is willful. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 08/07/2025 | 89 | LETTER addressed to Court of Appeals from Lucio Celli dated 6/11/2025 re: I will send the affidavits Congress, especially to those who have requested Engelmayers impeachment.. Document filed by Lucio Celli.(tg) (Entered: 08/08/2025) |
| 08/12/2025 | 90 | NOTICE OF APPEAL from 49 Order of Dismissal. Document filed by Lucio Celli..(nd) (Entered: 08/13/2025) |
| 08/12/2025 | 91 | NOTICE OF APPEAL from 49 Order of Dismissal. Document filed by Lucio Celli. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 08/15/2025) |
| 08/13/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 90 Notice of Appeal..(nd) (Entered: 08/13/2025) |
| 08/13/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 90 Notice of Appeal filed by Lucio Celli were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/13/2025) |
| 08/15/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 91 Notice of Appeal. (tp) (Entered: 08/15/2025) |
| 08/15/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 91 Notice of Appeal filed by Lucio Celli were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/15/2025) |
| 08/20/2025 | 92 | LETTER from Lucio Celli dated 8/19/2025 re: Re: Judge Subramanian wrote that I didnt like the fucking out come of my conviction but the FUCKING state by Karamigios that I DID NOT HAVEW ... FREE WILL. Document filed by Lucio Celli. (jjc) Modified on 8/21/2025 (jjc). (Entered: 08/21/2025) |
| 08/21/2025 | 93 | LETTER from Lucio Celli dated 8/19/2025 re: the transcriptionist informed me that the transcript of July 20, 2021 was never sent to the 2d Cir., per Judge Engelmayer's orders–audio recorded–there is evidence of Engelmayer's criminal conduct!!! |

| | | |
|---|---|---|
| | | Document filed by Lucio Celli.(sgz) (Entered: 08/21/2025) |
| 08/21/2025 | 94 | LETTER from Lucio Celli dated 8/21/2025 re: Schumer with his judges and Randi Weingarten deprived me of FREE WILL to plead guilty. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 95 | LETTER from Lucio Celli dated 8/21/2025 re: One of audios related to Cudina's admission of Engelmayer's fabrication of probation violation and Livingston's retaliation to fix cases against me were sent to Officer Sparks and Ms. Kopplin of Senate Ethics Committee. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 96 | MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE [11(c)/37(b)/83(b)] TO VACATE OR DENY SANCTIONS THAT ARE POLITICALLY MOTIVATED AND RETALIATORY. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 97 | MOTION to Strike. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 09/04/2025 | 98 | BAR ORDER UNDER 28 U.S.C. § 1651: Accordingly, Celli is hereby barred from filing future civil actions concerning his termination from the DOE or the consequences of his termination without first obtaining from the court leave to file. See 27 U.S.C. § 1651. As for the scope of the ban, Celli says that he is a "retired," not terminated, employee, see Dkt. 73 at 1, so to be clear, this ban encompasses Celli's separation from the DOE and the consequences of that separation, however that occurred. Celli must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Celli violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Celli is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties or the imposition of a bar on filing any new action in this district without leave of court. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully directed to close this action and terminate any motions in this case. The Court also directs the Clerk of Court to provide Celli a copy of this order should he appear at the courts Pro Se Intake Unit window. SO ORDERED. (Signed by Judge Arun Subramanian on 9/4/2025) (sgz) Transmission to Office of the Clerk of Court for processing. (Entered: 09/04/2025) |
| 09/04/2025 | 99 | LETTER addressed to Inspector General from Lucio Celli re: Complaint of Prosecutorial Misconduct. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 100 | LETTER addressed to Chairman and Members of the Committee from Lucio Celli re: Misconduct Complaint. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 101 | LETTER from Lucio Celli dated 9/3/2025 re: MOTION TO ACCEPT OBJECTION TO SANCTION AS TIMELY DUE TO CLERICAL ERROR. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 102 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 103 | MOTION FOR RECONSIDERATIONdenied HIV meds for retaliation for exposing Schumer's case fixing for Randi Weingartenwhich Your Honor has done for Schumer and Randi. Document filed by Lucio Celli.(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 104 | PLAINTIFF'S MOTION FOR RECONSIDERATION–judge did not consider Randi Weingarten's interference and how Schumer helped her, like Your Honor's misuse of your office for political reason. Document filed by Lucio Celli. (rro) (Entered: 09/08/2025) |
| 09/04/2025 | 105 | MOTION FOR RECONSIDERATION–for failure to acknowledge the dismissed cases were centered on Randi Weingarten's criminal interference and Sen. Schumer helped her with his judges, like yourself. Document filed by Lucio Celli. (rro) (Entered: 09/08/2025) |
| 09/04/2025 | 106 | PLAINTIFF'S MOTION FOR RECONSIDERATIONYour Honor rubber stamped other Schumer judges opinions that were made for Randi Weingarten and caused me to |

| | | |
|---|---|---|
| | | be HIV drug resistance. Document filed by Lucio Celli. (rro) (Entered: 09/08/2025) |
| 09/04/2025 | 107 | MOTION TO ACCEPT OBJECTION TO SANCTION AS TIMELY DUE TO CLERICAL ERRORthe document appears on 25−cv−2031 at Doc. No. 92 It does not matter what file or do not file as the decision for Randi Weingarten and Sen. Schumer has been already been made. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/04/2025 | 108 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Lucio Celli..(rro) (Entered: 09/08/2025) |
| 09/05/2025 | | MAILING RECEIPT: Document No: 98. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (lab) (Entered: 09/05/2025) |
| 09/06/2025 | 109 | LETTER from Lucio Celli re: These are my objections to the order for answers as they are vague and never identity my bad faith or frivolious jmotions. Document filed by Lucio Celli..(jca) (Entered: 09/08/2025) |
| 09/09/2025 | 110 | ORDER denying 103 Motion for Reconsideration ; denying 104 Motion for Reconsideration ; denying 105 Motion for Reconsideration ; denying 106 Motion for Reconsideration ; denying 107 Motion for Leave to File Document. Plaintiff has filed several motions for reconsideration as well as "a motion to accept objection to sanction as timely due to clerical error." The Court has considered these motions and the underlying materials submitted, but none warrants reconsideration of the Court's dismissal of this case or the imposition of a bar order. The Clerk of Court is respectfully directed to terminate the pending motions. SO ORDERED. (Signed by Judge Arun Subramanian on 9/9/2025) (sgz) (Entered: 09/09/2025) |
| 09/09/2025 | 111 | MOTION FOR AN EVIDENTIARY HEARING REGARDING CLERICAL ERROR IN DOCKETING OF CASE NO. 25−CV−4505. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 112 | MOTION TO VACATE JUDGMENT FOR INSTITUTIONAL BIAS AND DENIAL OF A NEUTRAL TRIBUNAL. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 113 | MOTION TO CORRECT THE RECORD AND STRIKE CASE NO. 25−CV−4505. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 114 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: There is serious clerical error in 25−cv−4505 with the fact that I do not know if the mistake was mine or the Pro Se Intake Office because the first page informs the Court that the 25−cv−4505 is ONLY about the outside interference by Randi Weingarten, Judge Cogan and my lawyers admission with BOP and probation denying me access to HIV meds AND NOTHING to do with my employment so Judge Subramanian did not distort the record and I am glad that I did not make this accusation. Document filed by Lucio Celli..(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 115 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: I will submit an affidavit that 25−cv−4505 has a clerical mistake because the petition should have ONLY centered on outside interference by Randi Wiengarten and others with audio suppression of Silvermanat the present time, I do not if the mistake was mine or Pro Ses fault as I need to locate the email and timestamp. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/10/2025 | | MAILING RECEIPT: Document No: 110. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (mr) (Entered: 09/10/2025) |
| 09/10/2025 | 116 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 9/8/2025 re: There is serious clerical error in 25−cv−4505 with the fact that I do not know if the mistake was mine or the Pro Se Intake Office. Document filed by Lucio Celli.(sgz) (Entered: 09/10/2025) |
| 09/10/2025 | 117 | MOTION TO CORRECT DOCKET ENTRY PURSUANT TO FRCP 60(a) at Doc. 110 in 25−cv−4505 has Doc. 107 reading as "motion to amend" for Doc. No 107 but has Doc no 107 as "motion to accept late." And motion to amend for clerical error was submitted after judge's decision and at the present time does not appear on 25−cv−4505 but appears on 24−cv−9743 and 25−cv−2031. Document filed by Lucio |

| | | |
|---|---|---|
| | | Celli.(tro) (Entered: 09/11/2025) |
| 09/10/2025 | 118 | LETTER addressed to Judge Laura Taylor Swain from Lucio Celli re: I will submit an amended complaint to include SDNY and EDNY clerks office as there are missing documents and 25−cv−4505 has the wrong complaint because it has nothing to do with my employment but Lehrburger helping Randi Weingarten, Livingston and Schumer with missing defendants nameslastly the Pro Se Office has motion to amend for Doc 107 at Doc.110 but doc no 107 has motion to accept late in 35−cv−4505 with Judge Arun Subramanian did not even had motion to amend for the WRONG complaint in 25−cv−4505. Document filed by Lucio Celli..(tro) (Entered: 09/11/2025) |
| 09/11/2025 | 119 | MOTION FOR JUDICIAL NOTICE AND TO CORRECT THE RECORD. Document filed by Lucio Celli.(jca) (Entered: 09/12/2025) |
| 09/12/2025 | 120 | LETTER from Lucio Celli dated 9/9/2025 re: I attached the docket for 24−cv−9743 and not the docket for 25−cv −4505. Attached is the pre corrected docket and the Pro Se Office has not uploaded my notice for appeal order no.98. Document filed by Lucio Celli. (jjc) (Entered: 09/15/2025) |
| 09/15/2025 | 121 | ORDER terminating 111 Motion for Conference ; terminating 112 Motion to Vacate ; terminating 113 Motion to Strike document from the record.; terminating 117 Motion to Amend/Correct ; terminating 119 Motion to Amend/Correct. Celli has continued to make multiple frivolous filings on this docket. As the Court warned Celli when it imposed a filing ban, the continued submission of frivolous documents may result in further sanctions. Celli is hereby notified that the Court will not respond to any further submissions. The Clerk of Court is respectfully directed to terminate all pending motions. SO ORDERED. (Signed by Judge Arun Subramanian on 9/15/2025) (sgz) (Entered: 09/15/2025) |
| 09/15/2025 | 122 | LETTER from Lucio Celli dated 9/15/25 re: intentionally ignored audios of the UFT denying me grievances and HIV meds. Document filed by Lucio Celli.(yv) (Entered: 09/16/2025) |
| 09/16/2025 | | MAILING RECEIPT: Document No: 121. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 09/16/2025) |
| 09/16/2025 | 123 | PLAINTIFF'S MOTION TO CORRECT AND SUPPLEMENT THE RECORD PURSUANT TO FRCP 60(b), 60(d)(3), AND FRAP 10(e). Document filed by Lucio Celli. (jjc) (Entered: 09/16/2025) |
| 09/16/2025 | 124 | PLAINTIFF'S MOTION TO PRESERVE APPEALABLE ISSUES. Document filed by Lucio Celli. (jjc) (Entered: 09/16/2025) |
| 09/17/2025 | 125 | NOTICE OF APPEAL from 110 Order on Motion for Reconsideration, Order on Motion for Leave to File Document, 98 Order. Document filed by Lucio Celli. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 09/17/2025) |
| 09/17/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 125 Notice of Appeal. (tp) (Entered: 09/17/2025) |
| 09/17/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 125 Notice of Appeal filed by Lucio Celli were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/17/2025) |